■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. RALPH SAFT, Respondent, et al., Defendant.— Order unanimously modified in accordance with the Memorandum and, as modified, affirmed. Memorandum: The conspiracy counts of the indictments are sufficient. The allegations thereof, including those appearing under the headings " Overt Acts " sufficiently set forth the essential elements of the respective crimes charged. (Code Crim. Pro., § 285; *People* v. *Willis*, 158 N. Y. 392, 397; *People* v. *Farson*, 244 N. Y. 413; *People* v. *Scobie*, 257 App. Div. 854, affd. 281 N. Y. 796.) The order should, therefore, be modified by striking from the first ordering paragraph thereof the words " First " and by providing that the demurrers to the counts designated " First " be disallowed. (Appeal from order of Erie County Court allowing demurrers to various counts of two indictments.) Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.